UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CIV-62327-ALTONAGA/SELTZER

COSMO ALPHONSO WILLIAMS,

        Plaintiff,

v.

CAVO BROADBAND
COMMUNICATIONS, LLC,

        Defendant.
_____/

## DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM

    Defendant Cavo Broadband Communications, LLC ("Cavo" or "Defendant"), pursuant to this Court's Order in Actions Brought Under the Fair Labor Standards Act dated October 1, 2018 [DE 4], submits the following response to Plaintiff's Statement of Claim served on October 25, 2018 [DE 11].

    Defendant's position is that it does not owe any overtime wages to Plaintiff Cosmo Alphonso Williams. Plaintiff worked for Defendant as an Installation Technician from on or about March 11, 2014 through February 1, 2018. Plaintiff was properly compensated for all hours worked, including any overtime compensation at the proper overtime rate. Accordingly, Plaintiff was paid properly under the FLSA, and no regular or overtime wages are owed to Plaintiff.

    Defendant is also serving all supporting documents to Plaintiff today, in accordance with this Court's Order [DE 4].

Dated: November 14, 2018.

                              Respectfully submitted,

                              OGLETREE, DEAKINS, NASH,
                              SMOAK & STEWART, P.C.
                              701 Brickell Avenue, Suite 1600
                              Miami, Florida 33131-2813
                              Telephone: 305.374.0506
                              Facsimile: 305.374.0456

                              *s/* Kelly M. Peña
                              Christopher P. Hammon
                              Florida Bar No. 176753
                              chris.hammon@ogletreedeakins.com
                              Kelly M. Peña
                              Florida Bar No. 106575
                              kelly.pena@ogletreedeakins.com

                              *Counsel for Defendant,*
                                  *Cavo Broadband Communications, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 14, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                             *s/* Kelly M. Peña
                                             Kelly M. Peña

**SERVICE LIST**

*Cosmo Alphonso Williams v. Cavo Broadband Communications, LLC*
*United States District Court for the Southern District of Florida*
CASE NO. 18-CIV-62327-ALTONAGA/SELTZER

Elliot Kozolchyk
ekoz@kozlawfirm.com
KOZ LAW, P.A.
320 S.E. 9th Street
Ft. Lauderdale, FL 33316
Telephone: 786.924.9929
Facsimile: 786.358.6071

*Counsel for Plaintiff,*
  *Cosmo Alphonso Williams*

Method of Service:  CM/ECF

Christopher P. Hammon
chris.hammon@ogletreedeakins.com
Kelly M. Peña
kelly.pena@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
701 Brickell Avenue
Suite 1600
Miami, FL 33131
Telephone:  305.374.0506
Facsimile:   305.374.0456

*Counsel for Defendant,*
  *Cavo Broadband Communications, LLC*

36197766.1