UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-62327-CIV-ALTONAGA/SELTZER

COSMO ALPHONSO WILLIAMS,

    Plaintiff,

vs.

CAVO BROADBAND COMMUNICATIONS, LLC,

    Defendant.
_____/

## REPORT ON SETTLEMENT CONFERENCE

THIS MATTER is before the undersigned on the October 1, 2018 Order Referring Case to Magistrate Judge, directing the undersigned to conduct a settlement conference among all the parties and their counsel (DE 4).

On November 5, 2018, the undersigned scheduled a settlement conference and directed the parties to email a Confidential Settlement Statement to the undersigned's Chambers by noon on December 28, 2018 (DE 16). In advance of the conference, the undersigned reviewed the parties' Confidential Settlement Statements, as well as the pertinent pleadings, motions, and court orders.

On January 7, 2019, the parties appeared before the undersigned for a settlement conference. Despite a discussion of the issues and the parties' efforts, they

were not able to resolve any of the issues in this litigation. Accordingly, the undersigned declared an impasse and concluded the conference.

    Dated at Fort Lauderdale, Florida this 7th day of January 2019.

*[signature]*
BARRY S. SELTZER
United States Magistrate Judge

Honorable Cecilia M. Altonaga
United States District Judge

Copies furnished counsel via CM/ECF