UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 18-CIV-62327-Altonaga/Seltzer

COSMO ALPHONSO WILLIAMS,

    Plaintiff(s)

vs.

CAVO BROADBAND COMMUNICATIONS LLC,

    Defendant.

_____

### MEDIATOR'S REPORT

Cindy Niad Hannah, Esq., the undersigned Certified Mediator, reports to this Honorable Court as follows:

The Mediation was held on **March 1, 2019 @ 10:00 A.M.**

    ✓    AN AGREEMENT WAS REACHED.

    ___    The Agreement is attached with consent of the parties.

    ___    NO AGREEMENT WAS REACHED; IMPASSE.

    ___    The parties wish to continue settlement negotiations and may reconvene for a continuation of the Mediation. Notice of the continuation shall be provided to the parties and filed with the Court. If no Notice of an agreement is filed with the Court on or before ___/___/___, than this matter shall be deemed at an impasse.

    ___    Other: _____

_____

Cindy Niad Hannah, Esq., Florida Bar No.: 438545
MF#: B-8773