UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-62327-CIV-ALTONAGA/Seltzer

**COSMO ALPHONSO WILLIAMS**,

    Plaintiff,
v.

**CAVO BROADBAND
COMMUNICATIONS, LLC**,

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

THIS CAUSE is before the Court on the Mediator's Report [ECF No. 25], filed on March 4, 2018, indicating the parties have reached an agreement in this matter. The Court having carefully reviewed the file, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that the case is administratively **CLOSED** without prejudice to the parties to comply with the Order Requiring Submission of Settlement Agreement for Court Approval, entered separately on this date. Any pending motions are denied as moot.

**DONE AND ORDERED** in Miami, Florida, this 4th day of March, 2019.

_Cecilia M. Altonaga_
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record